UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| DANIEL GREEN, | Case No. 3:14-cv-00450-MMD-VPC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

Petitioner has submitted a motion for reconsideration for appointment of counsel (dkt. no. 6) and a second motion for appointment of counsel (dkt. no. 7). Nothing in these motions causes the Court to depart from its denial of petitioner's first motion for appointment of counsel (dkt. no. 5).

It is therefore ordered that petitioner's motion for reconsideration for appointment of counsel (dkt. no. 6) is denied.

It is further ordered that petitioner's motion for appointment of counsel (dkt. no. 7) is denied.

DATED THIS 17th day of December 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE