AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\* DISTRICT OF   NEVADA  

DANIEL GREEN,

    Petitioner,   JUDGMENT IN A CIVIL CASE

v.

                  CASE NUMBER: **3:14-cv-00450-MMD-VPC**

RENEE BAKER, et al.,

    Respondent(s).

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus (ECF No. 4) is denied.

    **IT IS FURTHER ORDERED** that a certificate of appealability is denied.

May 30, 2017                                                             **DEBRA K. KEMPI**
                                                                                    Clerk

                                                                                    /s/ K. Rusin
                                                                                   Deputy Clerk